UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-46675 |
|---|---|
| STEVEN R. DREXLER | (Chapter 13) |
| RACHEL N. DREXLER | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072510**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 17/ 40 | VINCE SUNDERMAN<br>4177 FORSYTHIA DR<br>CINCINNATI, OH  45245 | 3.00 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/27/2011

Certificate of Service            05-46675

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

STEVEN R. DREXLER
RACHEL N. DREXLER
5459 OAK GROVE AVENUE
BLANCHESTER, OH  45107

GREG WETHERALL
4030 MT CARMEL TOBASCO RD
SUITE 122
CINCINNATI, OH  45255

(48.1n)
DIMITRI G CHARALAMBOPOULOS
BRICE VANDER LINDEN & WERNICK
9441 LBJ FREEWAY  STE 350
DALLAS, TX  75243

(42.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(41.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(50.1n)
Eric Wasserman
55 Pubic Square, Ste 700
Cleveland, OH  44113

(52.1n)
GREGORY WETHERALL
4030 MT. CARMEL TOBASCO ROAD
SUITE 122
CINCINNATI, OH  45255

(45.1n)
HILARY B. BONIAL
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(51.1n)
JOE M LOZANO JR
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(49.1n)
KAREN P THOMASON
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(53.1n)
PHYLLIS A ULRICH
24755 CHAGRIN BLVD
SUITE 200
CLEVELAND, OH  44122

(47.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(43.1n)
SALLIE MAE INC
220 LASLEY AVE
WILKES-BARRE, PA  18706

(54.1n)
TYLER B JONES
BRICE VANDER LINDEN & WERNICK
9441 LBJ FREEWAY  SUITE 250
DALLAS, TX  75243

(40.1)
VINCE SUNDERMAN
4177 FORSYTHIA DR
CINCINNATI, OH  45245

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            sv